No. 47947.—Protests 980839–G, etc., of Amerlux Steel Corp. (San Francisco).

Opinion by TILSON, J. It was stipulated that the steel bale ties in question are similar to those involved in *Wilbur-Ellis Co.* v. *United States* (26 C. C. P. A. 403, C. A. D. 47). They were therefore held entitled to free entry under paragraph 1604 as claimed.

No. 47948.—Protests 993062–G (A), etc., of Amerlux Steel Corp. (Los Angeles).

Opinion by TILSON, J. It was stipulated that the steel bale ties in question are similar to those involved in *Wilbur-Ellis Co.* v. *United States* (26 C. C. P. A. 403, C. A. D. 47). They were therefore held entitled to free entry under paragraph 1604 as claimed.

BEFORE THE SECOND DIVISION, JANUARY 25, 1943

No. 47949.—Protests 887926–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the hats in question are similar to those the subject of Abstract 47291 the protests were sustained as to those items.

No. 47950.—Protests 876588–G, etc., of H. Starr, Inc. (New York).

Opinion by TILSON, J. It was stipulated that certain of the merchandise in question consists of racello hats or hoods, not bleached, dyed, colored, or stained, and not blocked or trimmed, the same in all material respects as those the subject of Abstract 47291. The claim at only 25 percent under paragraph 1504 (b) (1) was therefore sustained.

No. 47951.—Protests 793065–G/10505, etc., of European Agencies Co., Inc. (New Orleans).

Opinion by TILSON, J. Following *Wilbur-Ellis Co.* v. *United States* (26 C. C. P. A. 403, C. A. D. 47) the claim for free entry was sustained.

No. 47952.—Protests 664674–G/81072, etc., of Wm. F. Chiniquy Co. et al. (Chicago).

Opinion by TILSON, J. It having been agreed between the counsel for the respective parties that certain of the hats are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the claim at only 25 percent under paragraph 1504 (b) (5) was sustained.